UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                )
    **Cheryl Reyna Bush**        )    Case No. 12-42693-399
                                      )    Chapter 13
Debtor(s)                             )
                                      )    Confirmation hearing 12/5/2012
                                      )    at 9:00 am in courtroom 5 North.

## FIRST AMENDED CHAPTER 13 PLAN

**PAYMENTS.** Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)

    A total of **$15,050.00** through **October 2012**, then **$2,050.00** per month for **53** months beginning with the payment due in **November 2012**.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain from such refunds the lesser of the sum of two monthly plan payments or $600 from such tax refunds, each year, for necessities. (2) Fifty percent of any employee bonus or other distribution paid or payable to the debtor during the term of the plan. (3) Additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

A minimum of __100%__ will be paid to non-priority unsecured creditors. (Dollar amount or 100%)

**DISBURSEMENTS.** Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below:

1. **Trustee and Court Fees.** Pay Trustee a percent of all disbursements as allowed by law and pay filing fees if the Court enters an order providing for fees to be paid in the Chapter 13 plan.

2. **Executory Contract/Lease Arrearages.** Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

1                                                                (L.F. 13 Rev. 10/08)

CREDITOR NAME             TOTAL AMOUNT DUE          CURE PERIOD

3. Pay sub-paragraphs concurrently:

   (A) <u>Post-petition real property lease payments.</u> Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME          MONTHLY PAYMENT           BY DEBTOR/TRUSTEE

   (B) <u>Post-petition personal property lease payments</u>. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME          MONTHLY PAYMENT           EST MONTHS REMAINING

   (C) <u>Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence )</u> Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph __5A__ below.
   CREDITOR NAME          MONTHLY PAYMENT

   (D) <u>Post-petition mortgage payments on Debtor's residence.</u> Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:
   CREDITOR NAME          MONTHLY PAYMENT           BY DEBTOR/TRUSTEE

   Wells Fargo Home Mortgage  $1,918.00             Debtor

   Electro Savings Credit Union  $358.00            Debtor

   (E) <u>DSO Claims in equal installments.</u> Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:
   CREDITOR NAME          TOTAL AMOUNT DUE          INTEREST RATE

4. <u>Attorney Fees</u>. Pay Debtor's attorney $__1,967.00__ in equal monthly payments over __12__ months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

   (A) <u>Pre-petition arrears on secured claims paid in paragraph 3</u>. Pay arrearage

2                                                                         (L.F. 13 Rev. 10/08)

on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| Wells Fargo Home Mortgage | $166.34 | 48 Months | 0.00% |
| Electro Savings Credit Union | $0.00 | 48 Months | 0.00% |

(B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with __5.04__ % interest.

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| Arsenal Credit Union | $15,011.79 | 58 Months | $16,949.00 |
| Chase Auto Finance | $16,086.09 | 58 Months | $18,159.00 |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with __5.04__ % interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|
| Fountainhead Homeowners Association | $6,104.00 | $253,500.00 | 58 Months | $6,891.00 |
| GMAC Mortgage | $47,972.10 | $52,000.00 | 58 Months | $54,153.00 |

(D) **Co-debtor guaranteed debt paid in equal monthly installments.** The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|

6. Pay $ __2,000.00__ of debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

(A) **Unsecured Co-debtor guaranteed claims.** The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

| CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
|---|---|---|---|

3                                                         (L.F. 13 Rev. 10/08)

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

CREDITOR          TOTAL DUE          TOTAL AMOUNT PAID BY TRUSTEE

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| Missouri Department of Revenue | $839.33 |
| Saint Louis County Collector of Revenue | $1,717.48 |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: $ 15,938.93 . Estimated amount available $ 15,939.00 . Estimated repayment in Chapter 7: $ 26,686.00 . Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $ 76,472.40 .

(B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:
CREDITOR          COLLATERAL

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt.:
CREDITOR          CONTRACT/LEASE

10. Other:

Confirmation of the plan shall impose a duty on the holders and/or servicers of claims secured by liens on real property to apply the payments received from the trustee on the pre-petition arrearages, if any, only to such arrearages; to deem the pre-petition arrearages as contractually cured by confirmation; to apply the direct mortgage payments, if any, paid by the trustee or by the debtor(s) to the month in which they are **contractually due** under the plan or directly by the debtor(s), whether such payments are immediately applied to the loan or placed into some type of suspense account; to notify the trustee, the debtor(s) and the attorney for the debtor(s) of any changes in the interest rate for an adjustable rate mortgage and the effective date of the adjustment; to notify the trustee, the debtor(s) and attorney for the debtor(s) of any change in the taxes and insurance that would either increase or reduce the escrow portion of the monthly mortgage payment; and to otherwise comply with 11 U.S.C. Section 524(i). **This**

**provision shall become null and void upon the conversion of this bankruptcy to another chapter or the dismissal of this case.**

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.

DATE: 11/6/12         DEBTOR: _____
                              **Cheryl Reyna Bush**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                    )
    Cheryl Reyna Bush,              )   Case No. 12-42693-399
                                          )
                                          )   Chapter 13
    Debtor.                         )

## CERTFICATE OF SERVICE

I certify that a copy of the *First Amended Chapter 13 Plan* was mailed *via cm/ecf* to John V. LaBarge Jr., POB 430908, St. Louis, MO 63143, Chapter 13 Trustee and the United States Trustee on this **6th day of November, 2012** as well as all creditors listed on the attached Matrix.

The Bankruptcy Company

*/s/ Zachary J. Haven*
Zachary J. Haven, Paralegal

Arsenal Credit Union
8651 Watson Road
Payment Processing Center
Saint Louis, MO 63119

Barclays Bank Delaware
700 Prides Crossing
Newark, DE 19713

Chase Auto Finance
PO Box 9001801
Louisville, KY 40290

Chase Bank USA
PO Box 15298
Wilmington, DE 19850

City & Village Tax Office LLC
3 Hollenberg Court
Bridgeton, MO 63044

Electro Savings Credit Union
1805 Craigshire Drive
Saint Louis, MO 63146

Equifax Credit Information Services
PO Box 740241
Atlanta, GA 30374

Experian
PO Box 2002
Allen, TX 75013-2002

Fountainhead Homeowners Association
C/O Sandberg Phoenix & von Gontard, PC
600 Washington Ave., 15th Floor
Saint Louis, MO 63101

GMAC Mortgage
PO Box 4622
Waterloo, IA 50704

Home Depot Credit Services
PO Box 182676
Columbus, OH 43218

HSBC Bank
PO Box 5253
Carol Stream, IL 60197

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Missouri Department of Revenue
Bankruptcy Department
PO Box 475
301 West High Street
Jefferson City, MO 65105

Personal Finance Company
3983 Mexico Rd.
Saint Peters, MO 63376

Sears
PO Box 6189
Sioux Falls, SD 57117

St. Louis County of Collector Reven
Attn: Karen
41 S. Cetnral Avenue
Saint Louis, MO 63105

TransUnion
PO Box 2000
Chester, PA 19022-2000

Wells Fargo Home Mortgage
PO Box 659558
San Antonio, TX 78265