**Fill in this information to identify the case:**

Debtor 1: Cheryl Reyna Bush

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: EASTERN District of MISSOURI (State)

Case number: 12-42693-399

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account: 3696

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | 3/14/16 | (3) $ 300.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | 2/24/16, 3/31/16, 4/27/16, 5/25/16, 6/21/16 | (7) $ 75.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) $ 0.00 |
| 11. Other. Specify:_____ | | (11) $ ____ |
| 12. Other. Specify:_____ | | (12) $ ____ |
| 13. Other. Specify:_____ | | (13) $ ____ |
| 14. Other. Specify:_____ | | (14) $ ____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges

Debtor 1  Cheryl Reyna Bush                         Case number (if known) 12-42693-399
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Jonathon B. Burford                        Date  08/17/2016
  Signature

Print:    Jonathon B. Burford                     Title  Attorney
          First Name   Middle Name   Last Name

Company   Kozeny & McCubbin, LC

Address   12400 Olive Blvd, Suite 555
          Number   Street
          Saint Louis, MO  63141
          City   State   ZIP Code

Contact phone   Phone: (314) 991-0255             Email  edmo@km-law.com

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In Re

**Cheryl Reyna Bush,**

        Debtor.

**Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns,**

        Movant.

v.

**Cheryl Reyna Bush,**

        Debtor,

and

**John V. LaBarge, Jr.,**

        Trustee**,**

        Respondents.

**Case No: 12-42693-399**

**Chapter 13**

**CERTIFICATE OF SERVICE**

**Kozeny & McCubbin, L.C.**
**12400 Olive Blvd., Suite 555**
**St. Louis, MO 63141**
**edmo@km-law.com**

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges and a copy of this pleading were served by U.S. First Class Mail the 17th day of August, 2016 to the parties listed below:

Cheryl Reyna Bush
Debtor
13124 Fountainhead Ridge
Saint Louis, MO 63138



David Nelson Gunn
Attorney for Debtor
2025 S. Brentwood
Ste. 206
Brentwood, MO 63144

                                                  Respectfully submitted,

                                                  <u>/s/Jonathon B. Burford</u>
                                                  Jonathon B. Burford, #59337MO
                                                  H. Joseph Esry, #66708MO
                                                  Attorneys for Movant
                                                  12400 Olive Blvd., Suite 555
                                                  St. Louis, MO 63141
                                                  Phone: (314) 991-0255
                                                  Fax:  (314) 567-8019
                                                  edmo@km-law.com

